UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH HOPE HAMILTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 17-cv-11551

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [18], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15]**

This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Ruth Hope Hamilton's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for Supplemental Security Income under the Social Security Act (the "Act"). *See* Dkt. No. 1. The matter was referred to Magistrate Judge David R. Grand, who issued a Report and Recommendation on April 18, 2018. *See* Dkt. No. 18.

Magistrate Judge Grand recommended that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. *See id.* He determined that substantial evidence in the record supports the Administrative Law Judge's conclusion that Plaintiff is not disabled under the Act.

Neither party has objected to the Magistrate Judge's Report and Recommendation, and the deadline for filing objections has passed. *See* 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the parties' briefing and the Magistrate Judge's Report and Recommendation. And the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's April 18, 2018 Report and Recommendation [18]. Defendant's Motion for Summary Judgment [17] is **GRANTED**, and the Plaintiff's Motion for Summary Judgment [15] is **DENIED**.

This cause of action, therefore, is dismissed.

IT IS SO ORDERED.

Dated: July 25, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2018, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk